# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| KIM OLSON, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | No. 3:21-CV-103 (CAR) |
| CHUCK'S FISH ATHENS, LLC., and : | |
| MITCHELL DANE HENDERSON, : | |
| : | |
| Defendants. : | |
| : | |

## ORDER ON CONSENT MOTION TO ADD PARTY AND AMEND COMPLAINT

Before the Court is Plaintiff's Consent Motion to Add a Party and Amend Complaint [Doc. 11] seeking to add Joseph Phelps as a party-plaintiff in this case for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et. seq.* ("FLSA") and file an amended complaint to add additional facts and a claim for "illegal kickbacks." Plaintiff has filed the proposed First Amended Complaint, and Defendants do not oppose the requests.

The Court has read and considered Plaintiff's First Amended Complaint, and it does not appear that any of the substantial reasons for denying the Motion to Join or Amend exist. Defendants do not oppose the amendments, and this Court can find no reason that Defendants would be unduly prejudiced by the amendments. Thus, Plaintiff's

Motion to Add a Party and Amend Complaint [Doc. 11] is **GRANTED**. The Court **ORDERS** that Joseph Phelps be added as a Plaintiff in this case upon filing of his consent pursuant to 29 U.S.C. § 216.[1] Furthermore, the Court **ORDERS** that after Phelps files his consent, Plaintiff must file her First Amended Complaint as a separate entry on the docket, and it will supersede the original complaint.[2]

**SO ORDERED,** this 4th day of January, 2022.

S/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Participants in a § 216(b) collective action must affirmatively opt into the suit. 29 U.S.C. § 216(b) ("No employee shall be a party plaintiff to any such action unless he gives his consent in writing to become such a party and such consent is filed in the court in which such action is brought.")

[2] *See Lowery v. Ala. Power Co.*, 483 F.3d 1184, 1219-20 (11th Cir. 2007) (unless an amendment specifically refers to or adopts the earlier pleading, an amended complaint supersedes and replaces the original complaint).